United States District Court
Southern District of Texas
**ENTERED**
June 22, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VUONG VAN NGUYEN, | § | |
| | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-0027 |
| | § | |
| WARDEN MARTIN FRINK, *et al.* | § | |
| | § | |
| Respondents. | § | |

## ORDER

The parties are **ORDERED** to file a status report within five days of the date of this order and, if appropriate, a proposed order of dismissal.

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on _____June 22_____, 2026.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

1 / 1