United States District Court
Southern District of Texas
**ENTERED**
June 29, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VUONG VAN NGUYEN, | § | |
| | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-0027 |
| | § | |
| WARDEN MARTIN FRINK, *et al.* | § | |
| | § | |
| Respondents. | § | |

## ORDER OF DISMISSAL

Petitioner Vuong Van Nguyen filed this habeas petition when detained in the custody of officials with Immigration and Customs Enforcement (ICE).  On May 12, 2026, the respondents filed an advisory stating that they intended to remove the petitioner from the United States after the five-day notice period elapsed (Dkt. 12).  The petitioner did not respond.  On June 23, 2026, the respondents filed an advisory confirming that the petitioner was removed (Dkt. 14).

Because the petitioner is no longer in ICE's custody, this habeas action is **DISMISSED** without prejudice as moot.

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on ____June 29_____, 2026.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE